In the Matter of HARVEY BISTANY, Appellant, against BOARD OF PAROLE et al., Respondents.

Submitted January 6, 1947; decided January 16, 1947.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr.,* of counsel), opposed.

Motion denied and appeal dismissed upon the ground that an appeal does not lie to this court as of right.